IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-732-D

| | |
|---|---|
| TIGRESS SYDNEY ACUTE MCDANIEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HUNTER WARFIELD, INC., et al., ) | |
| ) | |
| Defendants. ) | |

For the reasons stated in defendant Hunter Warfield, Inc.'s memorandum in support if its motion to dismiss [D.E. 38], the court GRANTS defendant Hunter Warfield, Inc.'s motion to dismiss [D.E. 37]. The court DISMISSES WITHOUT PREJUDCE plaintiff's complaint against defendant Hunter Warfield, Inc.

SO ORDERED. This 17 day of December, 2024.

JAMES C. DEVER III
United States District Judge