UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TIGRESS SYDNEY ACUTE MCDANIEL, )<br>  Plaintiff, )<br> )<br>vs. )<br> )<br>HUNTER WARFIELD, INC., EQUIFAX )<br>INFORMATION SERVICES, LLC, )<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC., EXPERIAN DATA )<br>CORP., EXPERIAN SERVICES CORP., )<br>TRANSUNION DATA SOLUTIONS )<br>LLC, and TRANS UNION LLC, )<br> )<br> )<br>  Defendants. ) | **JUDGMENT**<br>**CASE NO. 5:23-CV-732-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the order entered April 25, 2024 [D.E. 28], the court DENIES plaintiff's motion to recuse [D.E. 26], GRANTS the credit reporting agency defendants' motions to dismiss [D.E. 14, 17, 22], DENIES as moot plaintiff's motion for extension of time [D.E. 20], and DISMISSES plaintiff's claims against the credit reporting agency defendants. Hunter Warfield, Inc. is the sole remaining defendant.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that pursuant to the order entered December 17, 2024 [D.E. 40], the court GRANTS defendant Hunter Warfield, Inc.'s motion to dismiss [D.E. 37]. The court DISMISSES WITHOUT PREJUDCE plaintiff's complaint against defendant Hunter Warfield, Inc.

This Judgment filed and entered on December 17, 2024, and copies to:
Tigress Sydney Acute McDaniel     (via CM/ECF electronic notification)


December 17, 2024                                Peter A. Moore, Jr.
                                                 Clerk of Court



                                                 By: /s/ Stephanie Mann
                                                     Deputy Clerk